**No. 09-8976. Elizabeth McCray, Petitioner v. Francis Howell School District, et al.**

559 U.S. 1019, 130 S. Ct. 1914, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2495, ▮

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8978. Bryan Mendoza, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1914, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2397.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 351 Fed. Appx. 921.

**No. 09-8979. Willie L. Jamerson, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1019, 130 S. Ct. 1941, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2539.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8982. Norbelio Campos-Lagunas, aka Oscar Campos-Laguna, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1914, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2417.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 332 Fed. Appx. 982.

**No. 09-8984. Nicole Sebro, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1915, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2528.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8985. Cedric Rose, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1915, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2414.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 695.

**No. 09-8989. Rusty Eugene McCoy, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1915, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2544.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8991. Chandra Jenkins-Watts, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1915, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2471.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 574 F.3d 950.